IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANDREW WILLIAM SMITH, ) | |
| AIS #283408, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:20-CV-464-RAH |
| ) | |
| KAY IVEY, et.al, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On August 4, 2020, the Magistrate Judge entered a Recommendation (Doc. 4) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. All pending motions are DENIED.

3. This case is DISMISSED without prejudice for Plaintiff's failure to pay an initial partial filing fee as ordered by this court.

A separate Final Judgment will be entered.

DONE, this 10th day of September, 2020.

                                                  /s/ R. Austin Huffaker, Jr.
                                                  R. AUSTIN HUFFAKER, JR.
                                                  UNITED STATES DISTRICT JUDGE